IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GERRAL E. INGRAM,<br>          Plaintiff<br><br>v.<br><br>LYCOMING COUNTY DISTRICT<br>ATTORNEY OFFICE, *et al.*,<br>          Defendants | :   No. 4:25cv1028<br>:<br>:<br>:   (Judge Munley)<br>:<br>:   (Magistrate Judge Schwab)<br>:<br>:<br>:<br>:<br>: |

## ORDER

Presently before the court is the Report and Recommendation ("R&R") of Magistrate Judge Susan E. Schwab recommending that the court dismiss the federal claims in Plaintiff Gerral E. Ingram's complaint and decline to exercise supplemental jurisdiction over his state law claim. (Doc. 7). No objections to the R&R have been filed and the time for such filing has long passed.

In deciding whether to adopt the report and recommendation when no timely objection is filed, the court must determine if a review of the record evidences plain error or manifest injustice. FED. R. CIV. P. 72(b), 1983 Advisory Committee Notes ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record to accept the recommendation"); see also 28 U.S.C. § 636(b)(1); <u>Sullivan v. Cuyler</u>, 723 F.2d 1077, 1085 (3d Cir. 1983).

After a careful review, the court finds neither clear error on the face of the record nor a manifest injustice, and therefore, the court shall accept the R&R and adopt it in its entirety. Accordingly, it is hereby **ORDERED** as follows:

1) The R&R (Doc. 7) is **ADOPTED** in its entirety;

2) Plaintiff's claims asserted against defendants pursuant to 42 U.S.C. § 1983 are **DISMISSED** with prejudice for failure to state a claim and for failure to file an amended complaint;

3) Plaintiff's state law claim is **DISMISSED** without prejudice based on the court declining to exercise supplemental jurisdiction;

4) The Clerk of Court is directed to close this case.

BY THE COURT:

Date: 12/12/25

JUDGE JULIA K. MUNLEY
United States District Court